# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**687**

**CAF 10-01544**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF MICHAEL BENTLEY,
PETITIONER-APPELLANT,

                          V                                      ORDER

DEBRA BENTLEY, RESPONDENT-RESPONDENT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (MARY-JEAN BOWMAN OF COUNSEL), FOR PETITIONER-APPELLANT.

DEBORAH WALKER-DEWITT, ATTORNEY FOR THE CHILDREN, LOCKPORT, FOR AMANDA B. AND MELISSA B.

---------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered May 27, 2010 in a proceeding pursuant to Family Court Act article 6.  The order modified a prior order of visitation of the court.

     It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Hess v Flint*, 5 AD3d 1079; *Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652).

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court